NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TONI FLY,<br>aka WILLIAM ANTHONY FLY,<br><br>              Plaintiff<br><br>         v.<br><br>DR. JILL ROTH, *et al.*,<br><br>              Defendants | Civ. No. 21-9696 (RMB/SAK)<br><br>**OPINION** |

On April 19, 2021, this Court received a prisoner civil rights complaint from Plaintiff Toni Fly, aka William Anthony Fly, without payment of the filing fee or an application to proceed without prepayment of the filing fee ("IFP Application") under 28 U.S.C. § 1915. On June 9, 2021, prior to the Court's review of the complaint, legal mail sent to Plaintiff was returned to the Court as undeliverable. (Dkt. No. 5.) Plaintiff has not notified the Court of her new address.

I.   DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address[es] within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a complaint without prejudice is an appropriate remedy for noncompliance with this rule.  See Archie v. Dept. of Corr., Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases). Plaintiff has not provided the Court with a notice of change of address.

II. CONCLUSION

The Court will dismiss the Complaint without prejudice pursuant to Local Civil Rule 10.1(a), subject to reopening upon Plaintiff's timely notice of her new address.


An appropriate order follows.


**Dated:  June 14, 2021**


s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**